E-FILED
Monday, 26 October, 2026 11:02:38 AM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11) Criminal Complaint

SEALED

# UNITED STATES DISTRICT COURT

for the

FILED
OCT 26 2026
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America
v.

Matthew G. Unglesbee

*Defendant(s)*

Case No. 26-mj-3110

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 16, 2026 in the county of Sangamon in the Central District of Illinois, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1038 | False Information and Hoaxes |
| 18 U.S.C. § 876(c) | Mailing Threatening Communications |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

s/REDACTED

*Complainant's signature*

Charis Hobbs, FBI TFO

*Printed name and title*

Sworn to before me by reliable electronic means, being telephone and electronic mail.

Date: 26 Oct 2026

*Judge's signature*

City and state: Springfield, Illinois

Douglas J. Quivey, United State Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 26-mj-3110 |
| | ) | |
| v. | ) | Filed Under Seal |
| | ) | |
| MATTHEW G. UNGLESBEE | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF COMPLAINT**
**AND REQUEST FOR ARREST WARRANT**

I, Task Force Officer Charis Hobbs, being duly sworn on oath, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and have been so employed since October 2026. I have been employed full-time in law enforcement in the State of Illinois since October 2020. During my time in law enforcement, I have worked on criminal cases ranging from misdemeanor harassment to homicide. I am a member of the Major Case Squad of Greater St. Louis. I am assigned to the FBI Springfield Field Office's Counterterrorism Division's Joint Terrorism Task Force. During this assignment, I work investigations involving individuals who have committed violent acts against others due to their race, religion, or ethics as well as those who would do

harm against the United States. As a sworn police officer in the State of Illinois and a TFO with the FBI, I am authorized to make arrests for any offense against the United States committed in my presence or for any felony recognizable under the laws of the United States and State of Illinois, in accordance with 18 U.S.C. § 3056.

2. This affidavit is made in support of a criminal complaint charging Matthew G. Unglesbee (UNGLESBEE), born in the year 1989, with mailing threatening communications in violation of 18 U.S.C. § 876(c) and false information and hoaxes in violation of 18 U.S.C. § 1038. A warrant for the arrest of UNGLESBEE is requested.

3. I am familiar with the following facts both from my work on this investigation, my training and experience, and from information learned from other law enforcement professionals. The following is a summary and not a complete rendition of all facts relevant to the investigation. If called to testify, I would testify as follows:

4. On October 16, 2026, the FBI National Threat Operations Center (NTOC) received an online tip submitted by an anonymous tipster reporting UNGLESBEE for mailing unknown substances to members of the United States Congress. The anonymous tipster stated in the tip that, while in a restaurant, he had overheard UNGLESBEE say he had sent suspicious substances in the mail to

different Congresspersons in the country. The anonymous tipster provided UNGLESBEE's correct full name, current address per government records, and date of birth.

5. On Wednesday, October 21, 2026, personnel from the FBI Chicago Field Office (FBI Chicago), including personnel trained in handing weapons of mass destruction, and threats of biochemical toxins, responded to the offices of three members of Congress, all located in the Northern District of Illinois, and recovered three letters. Local hazardous materials response teams were dispatched to at least two of the offices in response to the letters. The letters were addressed to three members of Congress, Congresspersons A, B, and C, at their district offices. A staff member at Congressperson A's office, the first office to receive a letter, noticed that the letter felt like it contained a powder and the staffer could hear something inside the letter. Congressperson A's staff called 911. The office had been on alert after receiving a previous letter within the last few weeks. That office alerted others in the area. Each letter contained a white granular substance and a handwritten letter which read "HA HA". On October 23, 2026, FBI Chicago responded to the office of a fourth member of Congress, Senator A, in the Northern District of Illinois and recovered an envelope which contained a white granular substance and a handwritten letter which read, "HAH enjoy the gift". All four mailings were in plain white letter-sized

envelopes, with handwritten addresses and return addresses. All were postmarked in Springfield, Illinois, in the Central District of Illinois on October 19, 2026. The sender on the return address was "Matthew Unglesbee". The return address listed is the address for UNGLESBEE's residence in government records and provided as part of the October 16, 2026, tip.



*Letter received by the district office of Congressperson A on October 21, 2026, with the white granular substance emitting from the unopened envelope.*
*(Photo has been redacted for privacy)*

6. On October 21, 2026, FBI personnel interviewed a staff member at the office of Congressperson C in Chicago. The member stated that they were alerted to suspicious letters with potentially hazardous material by other

congressional offices, specifically one of the ones that had received one of the three letters. The specific alert was that letters with the return name of "Matthew Unglesbee" were to be treated as life threatening. While going through incoming mail, the staff member located an envelope with a return address of "Matthew Unglesbee." The staff member immediately isolated the mail, cleared the area, called 911, and alerted their chief of staff. Based on information from FBI Chicago personnel, none of the recipients opened the letters.

7. The white granular substance is similar in appearance to certain chemical or biological toxins. I am aware from my training, experience, and information from other law enforcement professionals that a common intimidation or threat tactic is to use an innocent white powder substance in a mailing to create fear on the part of the recipient that they have been exposed to a deadly toxic substance such as anthrax. However, preliminary testing at the Illinois State Laboratory Response Network (LRN) did not detect the presence of chemical or biological toxins in the white granular substance.

8. After reviewing postal records, Inspectors with the United States Postal Inspection Service have indicated the letters appear to have been mailed from Quincy, Illinois either October 16 or October 17, 2026, before being postmarked in Springfield, Illinois on October 19, 2026.

11. On October 25, 2026, FBI Springfield personnel interviewed UNGLESBEE at his home. A member of UNGLESBEE's family was present at the home. Per UNGLESBEE's request, agents interviewed him outside the residence in an FBI vehicle. UNGLESBEE told agents he mailed the four letters to the four members of Congress after hearing someone in a restaurant mention the news story of other letters being mailed earlier this month. UNGLESBEE acknowledged being aware of past mailings of white powder sent in letters including anthrax. UNGLESBEE said he knew recipients of white powder letters "took it serious" and would have "hazmat come in white suits" because "anthrax is dangerous." UNGLESBEE said that he knew that people could perceive the letters as dangerous, people might think the substance was anthrax, and the recipients would be concerned for their safety. UNGLESBEE indicated the white granular substance in the letters was salt. According to UNGLESBEE, he put the salt in the letters because the salt "kind of looks like" anthrax since it's white. UNGLESBEE claimed he was joking but recognized that the recipients would not know he was joking and could perceive it as a threat. When referencing the other letters mailed weeks prior mentioned in the media, UNGLESBEE denied involvement and noted he did not have the money to travel to other states to mail letters.

12. Also on October 25, 2026, UNGLESBEE's residence was searched by FBI personnel. In UNGLESBEE's room, FBI personnel located a fifth, unmailed empty envelope addressed to Congressperson B's Washington DC office with UNGLESBEE's return address.

## CONCLUSION

Based on the foregoing, there is probable cause to believe that on or about October 19, 2026, UNGLESBEE committed the offenses of mailing threatening communication in violation of 18 U.S.C. § 876(c) and false information and hoaxes in violation of 18 U.S.C. § 1038.

FURTHER AFFIANT SAYETH NOT.

s/REDACTED

Charis Hobbs
Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant by reliable electronic means, being telephone and electronic mail, on this 26th day of October 2026.

DOUGLAS J. QUIVEY
UNITED STATES MAGISTRATE JUDGE