E-FILED
Monday, 26 October, 2026 11:23:28 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
OCT 26 2026
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
 )
Plaintiff, )
 )
v. ) Case No. 26-mj-3110
 )
MATTHEW G. UNGLESBEE, )
 )
Defendant. )

**GOVERNMENT'S MOTION TO UNSEAL COMPLAINT**

The United States of America, by Gregory M. Gilmore, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Sarah E. Seberger, hereby moves this Court to order the file in the above-captioned matter to be unsealed.

Respectfully submitted,

GREGORY M. GILMORE
UNITED STATES ATTORNEY

*/s/ Sarah E. Seberger*

Sarah E. Seberger, IL Bar No. 6313942
Assistant United States Attorney
United States Attorney's Office
318 South 6th Street
Springfield, IL 62701
Telephone: 217-492-4450
Sarah.Seberger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, I electronically mailed the foregoing to the Clerk of the Court to file using the CM/ECF system, which will send notification of such filing to the counsel of record.

*/s/ Sarah E. Seberger*
Sarah E. Seberger
Assistant United States Attorney